JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RADCLIFFE RICHARD WALKER,    )   Case No. CV 14-01306 AN
                             )
         Petitioner,         )
                             )   JUDGMENT
   v.                        )
                             )
J. PRICE,                    )
                             )
         Respondent.         )
_____)

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

Dated: February 24, 2014

ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE